IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:10-CV-33-FL

| | |
|---|---|
| CHERYL L. BASNIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| JOHN E. POTTER, | ) |
| Postmaster General, | ) |
| United States Postal Service | ) |
| | ) |
| Defendant. | ) |

UPON CONSIDERATION of defendant United States' Motion to Stay Discovery, all materials submitted in support thereof and the record on the whole, on this 18th day of March, 2011,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the defendant United States' Motion is GRANTED; and

IT IS FURTHER ORDERED that the commencement of discovery is stayed pending the Court's ruling on defendant United States' Motion to Dismiss.

SO ORDERED., this the 18th day of March, 2011

Louise W. Flanagan
Chief US District Judge