UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHERYL L. BASNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 2:10-CV-33-FL |
| | ) | |
| JOHN E. POTTER, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of Defendant's Motion to Dismiss and Plaintiff's Motion to Request Denial of Motion to Dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on April 11, 2011, that Defendant's Motion to Dismiss is granted. To the extent it seeks relief, Plaintiff's Motion to Request Denial of Motion to Dismiss is DENIED. The Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on April 12, 2011, and Copies To:**

Cheryl L. Basnight (via U.S. Mail)
W. Ellis Boyle (via CM/ECF Notice of Electronic Filing)


April 12, 2011                    DENNIS P. IAVARONE, CLERK
                                   /s/ Susan W. Tripp
                                  (By) Susan W. Tripp, Deputy Clerk